IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.**, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Case No.: _____ |
| : | |
| **JOHN H. ROBERTS, et al.** : | |
| : | |
| Defendants : | |

## DISLCOSURE PURSUANT TO LOCAL RULE 103.3

I certify, as counsel in this case, that Choice Hotels International, Inc. is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3.

_____
Zachary E. Berge, Esq.