UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.,** | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. TDC 22-2091 |
| **JOHN H. ROBERTS, *et al*.,** | * * | |
| Defendants. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ENTERING JUDGMENT

Upon consideration of the complaint filed herein by Plaintiff Choice Hotels International, Inc. ("Choice") for entry of judgment by confession against Defendants John H. Roberts and W. Patrick Murphy, the Court having reviewed the complaint, the written instrument authorizing the confession of judgment and entitling Choice to damages, and the affidavit submitted by Choice in support of its complaint, it is this <u>19th</u> day of October, 2022:

ORDERED, that judgment be, and the same hereby is, entered in favor of Choice. An order setting forth the terms of that judgment will be filed separately, which will be entered by the Clerk of the Court.  It is further,

ORDERED, that the Clerk of the Court issue a notice to the Defendants pursuant to Local Civil Rule 108.1.C.

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge

Copies to:

Zachary E. Berge, Esq.
Choice Hotels International, Inc.
1 Choice Hotels Circle
Suite 400
Rockville, MD 20850

John H. Roberts
1 N. Ocean Blvd, Apt 1714
Pompano Beach, FL 33062

W. Patrick Murphy
4737 N. Ocean Dr.
Lauderdale By The Sea, FL 33308