## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.,** | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. TDC 22-2091 |
| **W. PATRICK MURPHY,** | * * | |
| Defendant. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF ENTRY OF JUDGMENT BY CONFESSION

**To The Above Named Defendant:**

You are hereby notified that a Judgment by Confession has been entered against you in this Court. You have __30__ days after service of this notice upon you to file a **written** motion to open, modify or vacate the Judgment. If you file such a motion, it must be filed in the **Office of the Clerk of the Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.** You are also required to serve a copy of such motion upon the attorney for Plaintiff(s) as listed below:

Zachary E. Berge, Esq.
Choice Hotels International, Inc.
1 Choice Hotels Circle
Suite 400
Rockville, MD 20850

**CATHERINE M. STAVLAS, CLERK**

10/19/2022
**Date**

**By:** M. Giron
**Deputy Clerk**