IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.**, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Case No.: 8:22-CV-2091-TDC |
| | : |
| **JOHN H. ROBERTS, et al.** | : |
| | : |
| Defendant | : |

## RETURN OF SERVICE

Plaintiff Choice Hotels International, Inc., by its undersigned attorney, submits the attached affidavits as proof of service of the Judgment, the Order Entering Judgment, the Notices of Entry of Judgment by Confession, the Complaint with attachments, and all other documents filed in this action upon Defendants John H. Roberts and W. Patrick Murphy on January 27, 2023 .

                                                                                                       _____/s/_____
Zachary E. Berge, Esq.
1 Choice Hotels Circle, Suite 400
Rockville, MD  20850
(301) 628-5854

Attorney for Plaintiff
Choice Hotels International, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of March, 2023, a true and correct copy of the foregoing Return of Service was mailed by first class U.S. Mail, postage pre-paid, to:

John H. Roberts
1 North Ocean Boulevard
Apt. 1714
Pompano Beach, FL 33062

W. Patrick Murphy
4737 North Ocean Drive
Lauderdale By The Sea, FL 33308

                                                                                                                        /s/
                                                                                                      Zachary E. Berge, Esq.