## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Maryland

Case Number: TDC 22-2091

Plaintiff:
**CHOICE HOTELS INTERNATIONAL, INC.,**

vs.

Defendant:
**JOHN H. ROBERTS**


LIN2023001492

For:
Zachary E. Berge
Choice Hotels International, Inc.
1 Choice Hotels Circle
Suite 400
Rockville, MD 20850

Received by Lynx Legal Services, LLC on the 11th day of January, 2023 at 11:15 am to be served on **John Roberts, 1 North Ocean Boulevard, Apartment 1714, Pompano Beach 33062**.

I, Kelly Hodges, being duly sworn, depose and say that on the **27th day of January, 2023** at **12:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served **John Roberts** by delivering a true copy of the **Notice of Entry of Judgment by Confession, Judgment, Order Entering Judgment, Complaint for Confessed Judgment, Exhibits and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, directly to **John Roberts** at the given address of: **1 North Ocean Boulevard, Apartment 1714, Pompano Beach 33062**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 70 to 75, Sex: M, Race/Skin Color: White, Height: 5'8 to 5'10, Weight: 145 to 150, Hair: Bald, Glasses: _

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [✓] Physical Presence or [ ] Online Notarization on the 27 day of January, 2023, by the affiant who is personally known to me.

NOTARY PUBLIC

Caritier Myers
Commission # HH 190188
Commission Expires 10-24-2025
Bonded Through - Cynanotary
Florida - Notary Public

Kelly Hodges
1660

Lynx Legal Services, LLC
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: LIN-2023001492

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n