## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Maryland

Case Number: TDC 22-2091

Plaintiff:
**CHOICE HOTELS INTERNATIONAL, INC**

vs.

Defendant:
**W. PATRICK MURPHY**


LIN2023001488

For:
Zachary E. Berge
Choice Hotels International, Inc.
1 Choice Hotels Circle
Suite 400
Rockville, MD 20850

Received by Lynx Legal Services, LLC on the 11th day of January, 2023 at 11:15 am to be served on **Patrick Murphy, 4737 North Ocean Drive, Lauderdale By The Sea, FL 33308.**

I, Kelly Hodges, being duly sworn, depose and say that on the **27th day of January, 2023** at **12:55 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Notice of Entry of Judgment by Confession, Judgment, Order Entering Judgment, Complaint for Confessed Judgment, Exhibits and Civil Cover Sheet** to: **Marvin Ross**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **4737 North Ocean Drive, PMB # 137, Lauderdale By The Sea, FL 33308**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a private mailbox at this location, in compliance with State Statute 48.031(6).

**Description** of Person Served: Age: 57, Sex: M, Race/Skin Color: Black, Height: 5'1, Weight: 150, Hair: Balding, Glasses: N

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [X] Physical Presence or [ ] Online Notarization on the 27 day of January, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Caritler Myers
Commission # HH 190188
Commission Expires 10-24-2025
Bonded Through - Cynanotary
Florida - Notary Public

Kelly Hodges
1660

Lynx Legal Services, LLC
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: LIN-2023001488

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n